NO. 7346                          STATE OF LOUISIANA

BARBER ASPHALT PAVING CO
                                 COURT OF APPEAL
        VS

F. RIVERS RICHARDSON.            PARISH OF ORLEANS.

7346

By his Honor John St. Paul.

        For the reasons assigned in Grasser Contracting Co vs F. Rivers
Richardson, No. 7351, decided this day,

        The judgment appealed from is reversed and it is now ordered
that there be judgment in favor of plaintiff Barber Asphalt Paving
Co, and against defendant F. Rivers Richardson, for the full sum
of Five hundred and ten 62/100 Dollars with five per cent interest
from May 28th 1914 and costs in both courts including $1.50 cost
of recording, with lien and privilege on defendants property fronting
300 feet on Lowerline Street in the square bounded by Zimple, Oak
and Cherokee Streets. This judgment to be executory only against
the property subject to the lien and no further; said property being
more fully described in the petition.